845 F.2d 1012
 Hoots (Dorothy, Janelle, Jamie,), Knight (Addrallace),
Guardian of Knight (Ronald, Loretta, Terrance, Marc, Bryon),
Smith (Barbara), guardian of Smith (Tawanda, Tevela, Joseph,
Wesley, Eric), on Behalf of Woody (Mae Helen), Jordan (Juanita)
v.
Comwlth of Pennsylvania, Hallenberg (Edward X.), Allegheny
County Board of School Directors, Lewis (W. Deming),
Pennsylvania State Board of Education, Sullivan (Michael),
School District of Borough of Braddock, Lisyak (Andrew), School Dist.
 NO. 87-3547
 United States Court of Appeals,
Third Circuit.
 MAR 28, 1988
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.